PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2020

SEAN F. MCAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | 192 (mkd) |
| | ) | |
| Drusilla Isabelle Wagner | ) | Case No. 2:19CR00~~198~~-TOR-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Drusilla Isabelle Wagner, have discussed with Erik Carlson, U.S. Pretrial Services/Probation Officer, modification of my release conditions as follows:

On November 25, 2019, Ms. Wagner appeared before the Court for a detention hearing. The Court released Ms. Wagner under conditions of pretrial release supervision.

Special condition number 9 of the release order (CM/ECF No. 8), requires Ms. Wagner to be subjected to global positioning systems (GPS) monitoring and home detention.

Ms. Wagner has been monitored with GPS technology throughout her time under conditions of pretrial release supervision. There have been no known violations of supervision.

In addition, Ms. Wagner has surrendered an expired passport to the U.S. Probation Office. In addition, the U.S. attorney's office confirmed that another passport that expired in 2014, was seized by the government. It should be noted that Ms. Wagner reportedly traveled to Mexico in 2019. Ms. Wagner reportedly used her expired passport to enter Mexico. Upon her return to the United States, Ms. Wagner advised that authorities informed her that she would be fined if she used an expired passport to enter Mexico in the future. She denied having a valid passport at this time.

Currently, Ms. Wagner resides with her daughter, her daughter's spouse and her granddaughter, in Spokane, Washington. Ms. Wagner has seven other children who reside in Spokane, Washington, and one other child who resides in Yakima, Washington. Additionally, Ms. Wagner has been gainfully employed at a local grocery store since February 2020.

Based on the information in this modification request, the undersigned officer respectfully recommends the Court remove special condition number 9, which would relieve Ms. Wagner's requirement to be subjected to GPS monitoring and home detention.

The U.S. attorney's office is opposed to the removal of special condition number 9.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
|---|---|---|---|
| *[signature]* | 5/15/2020 | *Erik Carlson* | 05/18/2020 |
| Drusilla Isabelle Wagner | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Signature of Defense Counsel | Date |
|---|---|
| *[signature]* | 5/14/2020 |
| Nicholas Vieth | |

5/18/2020

[X]   The above modification of conditions of release is ordered, to be effective on _____.

[ ]   The above modification of conditions of release is not ordered.

| Signature of Judicial Officer | Date |
|---|---|
| *M. K. Dimke* *[seal]* | 5/18/2020 |
| Mary K. Dimke | |