AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 07, 2024

SEAN F. MCAVOY, CLERK

United States of America )
v. )
DRUSCILLA ISABELLE WAGNER, )
aka Drusilla Isabelle Wagner )
)   Case No:   2:19-CR-00192-TOR-1
)   USM No:    21570-085
Date of Original Judgment:          10/06/2021 )
Date of Previous Amended Judgment:          )   Andrea K George
*(Use Date of Last Amended Judgment if Any)* )   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of     74                         months **is reduced to**    60 months                .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          10/06/2021          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          03/07/2024

*Thomas O. Rice*
*Judge's signature*

Effective Date:          03/07/2024                    Thomas O. Rice, United States District Judge
*(if different from order date)*                    *Printed name and title*